# Exhibit A

CIV33803



Filed 7/13/2020 10:00 AM
Bobbye Richards
District Clerk
Polk County, Texas

Katey Nelson, Deputy

TEL: (936) 327-6868

www.polkcountyda.com

**WILLIAM LEE HON**
CRIMINAL DISTRICT ATTORNEY

FAX: (936) 327-6875 - FELONY
DIVISION

FAX: (936) 327-6862 - MISDEMEANOR
DIVISION

POLK COUNTY, TEXAS
101 W. Mill St., Ste. 247 •
LIVINGSTON, TEXAS 77351
POLK COUNTY JUDICIAL BUILDING

July 13, 2020

Bobbye J. Richards
District Clerk
Polk County
101 West Mill Street
Livingston, Texas 77351

Re: Cause no. CIV33803; Notice of Seizure and Intended Forfeiture of a Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM

Ms. Richards:

   I respectfully request that your office issue Citation by certified mail-return receipt, providing the Respondents listed below, with a file-stamped copy of the Notice of Seizure and Intended Forfeiture that has been filed in this case. Citation should be sent to:

Aircraft Guaranty Corporation
Aircraft Guaranty Trust, LLC
Aircraft Guaranty Holdings & Trust, LLC
Aircraft Guarantee Management & Trust, LLC
c/o Registered Agent Connie Wood
515 N. Sam Houston Pkwy East, Ste 305
Houston, TX 77060

Roberto Miguel Gonzalez Barragan
c/o Attorney Noe Rangel
6243 W. IH 10 Ste 205
San Antonio, TX 78201

   Thank you for your attention to this matter. Should you have any questions or concerns, please contact me at (936) 327-6868.

Sincerely,

Tommy L. Coleman

via: efile

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

**CITATION BY CERTIFIED MAIL - TRC 106**

## Cause No. CIV33803

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | \| | **IN THE DISTRICT COURT OF** |
| **VS.** | \| | **POLK COUNTY, TEXAS** |
| **CESSNA 560 CITATION JET BEARING SERIAL NUMBER 560-0068 AND ASSIGNED AND DISPLAYING REGISTRATION/TAIL NUMBER N569LM** | \| | **411TH DISTRICT COURT** |

**TO: ROBERTO MIGUEL GONZALEZ BARRAGAN, C/O ATTORNEY NOE RANGEL, 6243 W. IH 10 STE 205, SAN ANTONIO, TX 78201**

NOTICE TO Defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you." *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the **NOTICE OF SEIZURE AND INTENDED FORFEITURE** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court at Law of Polk County, at the Courthouse in said County in Livingston, Texas. Said ORIGINAL PETITION was filed in said court on the 9TH day of July 2020 in the above entitled cause.

The nature of the PETITIONER'S demand is fully shown by a true and correct copy of **NOTICE OF SEIZURE AND INTENDED FORFEITURE**

Issued and given under my hand and seal of said Court at Polk County, Texas this 14th day of July, 2020.

Attorney for Plaintiff:
Tommy L. Coleman
Polk County Criminal District Attorney's Office
101 W. Mill Street, Suite 247
Livingston, Texas 77351
(936) 327-6868

Clerk of the Court:
BOBBYE J. RICHARDS
DISTRICT CLERK
Polk County, Texas

By _____ Deputy

## CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the 9th day of July, 2020 at 10:17 A.M. o'clock P.M. and executed the 14th day of July, 2020 at 9:49 o'clock A.M. by mailing the same to **ROBERTO MIGUEL GONZALEZ BARRAGAN, C/O ATTORNEY NOE RANGEL, 6243 W. IH 10 STE 205, SAN ANTONIO, TX 78201** by registered or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition were attached thereto.

Certified Mail #: **7018 0680 0001 4110 2821**

Bobbye J. Richards, District Clerk
Polk County, Texas
By _____ Deputy

**ROBERTO MIGUEL GONZALEZ BARRAGAN**
**C/O ATTORNEY NOE RANGEL**
**6243 W. IH 10 STE 205**
**SAN ANTONIO, TX 78201**

State of Texas §
County of Polk §

I, BOBBYE J. RICHARDS, do hereby certify this to be a true and correct copy as the same appears on file and/or of record in the District Clerks Office, the legal depository for such records.

SIGNED AND SEALED THIS DATE _Aug 12_ 20 20

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS Page ___ of ___

by ___Kue1Sh___ Deputy Clerk

A CERTIFIED COPY
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

CIV33803

Filed 7/13/2020 10:00 AM
Bobbye Richards
District Clerk
Polk County, Texas

Katey Nelson, Deputy



TEL: (936) 327-6868
www.polkcountyda.com

**WILLIAM LEE HON**
CRIMINAL DISTRICT ATTORNEY

FAX: (936) 327-6875 - FELONY
DIVISION

FAX: (936) 327-6982 - MISDEMEANOR
DIVISION

POLK COUNTY, TEXAS
101 W. Mill St., Ste. 247 •
LIVINGSTON, TEXAS 77351
POLK COUNTY JUDICIAL BUILDING

July 13, 2020

Bobbye J. Richards
District Clerk
Polk County
101 West Mill Street
Livingston, Texas 77351

Re: Cause no. CIV33803; Notice of Seizure and Intended Forfeiture of a Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM

Ms. Richards:

I respectfully request that your office issue Citation by certified mail-return receipt, providing the Respondents listed below, with a file-stamped copy of the Notice of Seizure and Intended Forfeiture that has been filed in this case. Citation should be sent to:

Aircraft Guaranty Corporation
Aircraft Guaranty Trust, LLC
Aircraft Guaranty Holdings & Trust, LLC
Aircraft Guarantee Management & Trust, LLC
c/o Registered Agent Connie Wood
515 N. Sam Houston Pkwy East, Ste 305
Houston, TX 77060

Roberto Miguel Gonzalez Barragan
c/o Attorney Noe Rangel
6243 W. IH 10 Ste 205
San Antonio, TX 78201

Thank you for your attention to this matter. Should you have any questions or concerns, please contact me at (936) 327-6868.

Sincerely,

Tommy L. Coleman

via: efile

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas

By _____

## CITATION BY CERTIFIED MAIL - TRC 106

### Cause No. CIV33803

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | \| | **IN THE DISTRICT COURT OF** |
| **VS.** | \| | **POLK COUNTY, TEXAS** |
| **CESSNA 560 CITATION JET BEARING SERIAL NUMBER 560-0068 AND ASSIGNED AND DISPLAYING REGISTRATION/TAIL NUMBER N569LM** | \| | **411TH DISTRICT COURT** |

TO:  AIRCRAFT GUARANTY CORPORATION, AIRCRAFT GUARANTY TRUST, LLC, AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC, AIRCRAFT GUARANTEE MANAGEMENT & TRUST, LLC, C/O REGISTERED AGENT CONNIE WOOD, 515 N. SAM HOUSTON PKWY EAST, STE 305, HOUSTON, TX 77060

NOTICE TO Defendant: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 am on the Monday next following the expiration of 20 day after the date you were served this citation and petition, a default judgment may be taken against you." *TRCP. 99*

You are hereby commanded to appear by filing a written answer to the **NOTICE OF SEIZURE AND INTENDED FORFEITURE** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable County Court at Law of Polk County, at the Courthouse in said County in Livingston, Texas. Said ORIGINAL PETITION was filed in said court on the 9TH day of July 2020 in the above entitled cause.

The nature of the PETITIONER'S demand is fully shown by a true and correct copy of **NOTICE OF SEIZURE AND INTENDED FORFEITURE**

Issued and given under my hand and seal of said Court at Polk County, Texas this 14th day of July, 2020.

| | |
|---|---|
| Attorney for Plaintiff: | Clerk of the Court: |
| Tommy L. Coleman | BOBBYE J. RICHARDS |
| Polk County Criminal District Attorney's Office | DISTRICT CLERK |
| 101 W. Mill Street, Suite 247 | Polk County, Texas |
| Livingston, Texas 77351 | |
| (936) 327-6868 | By _____ |

### CERTIFICATE OF DELIVERY BY CERTIFIED MAIL

Came to hand on the 9th day of July, 2020 at 10:17 A.M. o'clock P.M. and executed the 14th day of July, 2020 at 10:40 o'clock A.M. by mailing the same to AIRCRAFT GUARANTY CORPORATION, AIRCRAFT GUARANTY TRUST, LLC, AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC, AIRCRAFT GUARANTEE MANAGEMENT & TRUST, LLC, C/O REGISTERED AGENT CONNIE WOOD, 515 N. SAM HOUSTON PKWY EAST, STE 305, HOUSTON, TX 77060 by registered or certified mail, with delivery restricted to addressee only, return receipt requested, a true copy of this citation with a copy of the petition were attached thereto.

Certified Mail #: 7018 0680 0001 4110 2838

Bobbye J. Richards, District Clerk
Polk County, Texas
By _____ Deputy

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

AIRCRAFT GUARANTY CORPORATION, AIRCRAFT GUARANTY TRUST, LLC, AIRCRAFT GUARANTY HOLDINGS & TRUST, LLC, AIRCRAFT GUARANTEE MANAGEMENT & TRUST, LLC, C/O REGISTERED AGENT CONNIE WOOD, 515 N. SAM HOUSTON PKWY EAST, STE 305, HOUSTON, TX 77060

State of Texas     §
County of Polk     §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true and correct copy as the same appears on file and/or of record in the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE Augla 20 2O.

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Kwelsh _____ Deputy Clerk



A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

CIV33803

Filed 7/13/2020 9:58 AM
Bobbye Richards
District Clerk
Polk County, Texas

Katey Nelson, Deputy



TEL: (936) 327-6868

www.polkcountyda.com

**WILLIAM LEE HON**
CRIMINAL DISTRICT ATTORNEY

POLK COUNTY, TEXAS
101 W. Mill St., Ste. 247 •
LIVINGSTON, TEXAS 77351
POLK COUNTY JUDICIAL BUILDING

FAX: (936) 327-6875 - FELONY
DIVISION

FAX: (936) 327-6862 - MISDEMEANOR
DIVISION

July 13, 2020

Bobbye J. Richards
District Clerk
Polk County
101 West Mill Street
Livingston, Texas 77351

Re: Cause no. CIV33803; Notice of Seizure and Intended Forfeiture of a Cessna 560
Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail
number N569LM

Ms. Richards:

     I respectfully request that your office prepare citation by personal service in the
above-referenced cause, directed at Respondents:

Debbie Mercer aka Debbie Lynn Erwin
13620 Portofino Strada
Oklahoma City, OK 73170

Roberto Miguel Gonzalez Barragan
c/o Ancheta, S.A. San Jeronimo No. 880
Col. San Jeronimo
Monterrey, Nuevo Leon Mexico CP 64640

     Please include in the citation a file-stamped copy of the Notice of Seizure and
Intended Forfeiture filed in the case. **The service of said citation will be scheduled by
the Polk County District Attorney's office.** Thank you for your attention to this matter.
Should you have any questions or concerns, please contact me at (936) 327-6868.

Sincerely,

Tommy L. Coleman

via: Efile

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## CITATION – Personal Service: TRC 99

THE STATE OF TEXAS                           COUNTY OF POLK

CAUSE NO. **CIV 33803**

**TO: Debbie Mercer aka Debbie Lynn Erwin, 13620 Portofino Strada, Oklahoma City, OK 73170 Or Wherever He May Be Found**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| | |
|---|---|
| Court: | **411th Judicial District Court**<br>**101 W. Mill St.,  TX 77351** |
| Cause No.: | **CIV33803** |
| Date of Filing: | **07-13-20** |
| Document: | **Notice of Seizure and Intended Forfeiture** |
| Parties in Suit: | **Aircraft Guaranty Corporation, Aircraft Guaranty Trust, LLC, Aircraft Holdings & Trust, LLC, Aircraft Guaranty Corp., Trustee for Continent Aircraft Statutory Trust No. 2564 Ancheta, S.A. De C.V., Roberto Miguel Gonzalez Barragan, Debbie Lynn Erwin, Cessna 560 Citation Jet Bearing Serial Number 560-0068 and Assigned and Displaying Registration/Tail Number N569LM, State of Texas** |
| Clerk: | **Bobbye J. Richards, District Clerk**<br>**101 W. Mill St., Ste. 216,  TX 77351** |
| Party or<br>Party's Attorney: | **Tommy Coleman, Assistant District Attorney,**<br>**101 West Mill Street, Livingston, TX  77351** |

Issued under my hand and seal of this said court on this the 14th day of July, 2020.

Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____ Deputy

### Service Return

Came to hand on the _____ day of _____, 20___, at _____.m., and executed on the _____ day of _____, 20___, at _____ M by delivering to the  within named

_____

the _____ in person  a true copy of this citation, with attached copy(ies) of

_____ at

[ ] Not executed. The diligence use in finding defendant being _____.

[ ] Information received as to the whereabouts of defendant being _____

_____

| | |
|---|---|
| Service Fee: $ _____ | |
| | Sheriff/Constable |
| | _____ County, Texas |
| Service ID No. _____ | Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure.  I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Polk County Courts to serve process.

Subscribed and sworn to before me on this the _____ day  of _____, 20___

State of Texas   §
County of Polk   §

I, BOBBYE J. RICHARDS, do hereby certify this to be a true _____ Notary Public
and correct copy as the same appears on file and/or of record in

SIGNED AND SEALED THIS DATE _____ Aug 12 20 20

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ ISL Deputy Clerk

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

CIV33803

Filed 7/13/2020 9:58 AM
Bobbye Richards
District Clerk
Polk County, Texas

Katey Nelson, Deputy



TEL: (936) 327-6868

www.polkcountyda.com

**WILLIAM LEE HON**
CRIMINAL DISTRICT ATTORNEY

POLK COUNTY, TEXAS
101 W. Mill St., Ste. 247 •
LIVINGSTON, TEXAS 77351
POLK COUNTY JUDICIAL BUILDING

FAX: (936) 327-6875 - FELONY
DIVISION

FAX: (936) 327-6862 - MISDEMEANOR
DIVISION

July 13, 2020

Bobbye J. Richards
District Clerk
Polk County
101 West Mill Street
Livingston, Texas 77351

Re: Cause no. CIV33803; Notice of Seizure and Intended Forfeiture of a Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM

Ms. Richards:

I respectfully request that your office prepare citation by personal service in the above-referenced cause, directed at Respondents:

Debbie Mercer aka Debbie Lynn Erwin
13620 Portofino Strada
Oklahoma City, OK 73170

Roberto Miguel Gonzalez Barragan
c/o Ancheta, S.A. San Jeronimo No. 880
Col. San Jeronimo
Monterrey, Nuevo Leon Mexico CP 64640

Please include in the citation a file-stamped copy of the Notice of Seizure and Intended Forfeiture filed in the case. **The service of said citation will be scheduled by the Polk County District Attorney's office**. Thank you for your attention to this matter. Should you have any questions or concerns, please contact me at (936) 327-6868.

Sincerely,

Tommy L. Coleman

via: Efile

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## CITATION – Personal Service: TRC 99

THE STATE OF TEXAS                                          COUNTY OF POLK

### CAUSE NO. CIV 33803

TO: Roberto Miguel Gonzalez Barragan, c/o Ancheta, S.A. San Jeronimo No. 880, Col. San Jeronimo, Monterrey, Nuevo Leon Mexico CP 64640
**Or Wherever He May Be Found**

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| | |
|---|---|
| Court: | **411th Judicial District Court**<br>**101 W. Mill St., TX 77351** |
| Cause No.: | **CIV33803** |
| Date of Filing: | **07-13-20** |
| Document: | **Notice of Seizure and Intended Forfeiture** |
| Parties in Suit: | **Aircraft Guaranty Corporation, Aircraft Guaranty Trust, LLC, Aircraft Holdings & Trust, LLC, Aircraft Guaranty Corp., Trustee for Continent Aircraft Statutory Trust No. 2564 Ancheta, S.A. De C.V., Roberto Miguel Gonzalez Barragan, Debbie Mercer aka Debbie Lynn Erwin, Cessna 560 Citation Jet Bearing Serial Number 560-0068 and Assigned and Displaying Registration/Tail Number N569LM, State of Texas** |
| Clerk: | **Bobbye J. Richards, District Clerk**<br>**101 W. Mill St., Ste. 216, TX 77351** |
| Party or Party's Attorney: | **Tommy Coleman, Assistant District Attorney,**<br>**101 West Mill Street, Livingston, TX 77351** |

Issued under my hand and seal of this said court on this the 14th day of July, 2020.
Bobbye J. Richards, District Clerk
Livingston, Polk County, Texas

BY: _____ Deputy

### Service Return

Came to hand on the _____ day of _____, 20___, at _____ m., and executed on the _____ day of _____, 20__, at _____ M by delivering to the within named

_____

_____ in person a true copy of this citation, with attached copy(ies) of the _____ at

[ ] Not executed. The diligence use in finding defendant being _____.

[ ] Information received as to the whereabouts of defendant being _____

| | |
|---|---|
| Service Fee: $ _____ | _____ Sheriff/Constable |
| | _____ County, Texas |
| Service ID No. _____ | _____ Deputy/Authorized Person |

### VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Polk County Courts to serve process.
Subscribed and sworn to before me on this the _____ day of _____, 20__

State of Texas     §
County of Polk     §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true and correct copy as the same appears on file and/or of record in the District Clerk's Office in and for Polk County, Texas.

SIGNED AND SEALED THIS DATE Aug 12, 2020.

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Deputy Clerk

_____ Notary Public

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roberto Miguel Gonzalez Barrera
c/o Atty: Noe Rangel
6243 W.IH 10 Ste. 205
San Antonio, Tx  78201

9590 9402 5426 9189 2161 62

2. Article Number (Transfer from service label)
7018 0680 0001 4110 2623

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____ Covid 19 _____          ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RESTRICTED DELIVERY
ADDRESSEE ONLY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

A CERTIFIED COPY
Page ____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy



State of Texas §
County of Polk §
I, BOBBYE J. RICHARDS, do hereby certify this to be a true
and correct copy as the same appears on file and/or of record in
the District Clerks Office, the legal depository for such records.
SIGNED AND SEALED THIS DATE Aug 12 20 20 .

BOBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

by _____ Kue Sh _____ Deputy Clerk



A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy



U.S. POSTAGE ≫PITNEY BOWES
ZIP 77351 $ 013.85
02 4W
0000345313 JUL. 15. 2020

7018 0680 0001 4110 2444

U.S. POSTAGE ≫PITNEY BOWES
ZIP 77351 $ 000.65⁰
02 4W
0000345313 JUL. 15. 2020

RESTRICTED DELIVERY
ADDRESSEE ONLY

**BOBBYE RICHARDS**
**DISTRICT CLERK**
Polk County
101 W. Mill Street, Suite 216
Livingston, Texas 77351-3233

CIV 33803

AIRCRAFT GUARANTY CORPORATION,
AIRCRAFT GUARANTY TRUST, LLC, AIRCRAFT
GUARANTY HOLDINGS & TRUST, LLC,
AIRCRAFT GUARANTEE MANAGEMENT &
TRUST, LLC, C/O REGISTERED AGENT CONNIE
WOOD 515 N. SAM HOUSTON PKWY EAST
STE 305, HOUSTON TX 77060

7207/25/20

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 77351323366    2091N207160-01481

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

Sabine County, Texas
BOBBYE T. NICHOLS
Page ___ of ___
A CERTIFIED COPY
Deputy

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Aircraft Guaranty Corp
515 N. Sam Houston Pkwy East,
Ste. 305
Houston, Tx 77060

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 5426 9189 2161 55

2. Article Number (Transfer from service label)

7018 0680 0001 4110 2838

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

RESTRICTED DELIVERY
ADDRESSEE ONLY

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

CIVIL

033803

CAUSE NO. _____ CIV33803

Filed 7/9/2020 10:17 AM
Bobbye Richards
District Clerk
Polk County, Texas
Paula Baker, Deputy

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 411TH DISTRICT COURT |
| | § | |
| VS | § | |
| | § | |
| | § | |
| CESSNA 560 CITATION JET BEARING | § | OF |
| SERIAL NUMBER 560-0068 AND | § | |
| ASSIGNED AND DISPLAYING | § | |
| REGISTRATION/TAIL NUMBER | § | |
| N569LM | § | POLK COUNTY, TEXAS |

## NOTICE OF SEIZURE AND INTENDED FORFEITURE

COMES NOW, the State of Texas as Plaintiff by and through her Assistant District Attorney, Tommy L. Coleman and files this Notice of Seizure and Intended Forfeiture of a Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM, and alleges the following:

**I.**

This proceeding is brought under and by virtue of Chapter 59 of the Texas Code of Criminal Procedure. Plaintiff alleges that discovery is intended to be conducted under Level I of Rule 190.3 of the Texas Rules of Civil Procedure.

**II.**

Jurisdiction is conferred upon this Court by virtue of Article V, Section 8 of the Texas Constitution and Article 59 of the Code of Criminal Procedure.

**III.**

Plaintiff complains of:

Aircraft Guaranty Corporation

Aircraft Guaranty Trust, LLC

Aircraft Guaranty Holdings & Trust, LLC

Aircraft Guaranty Management & Trust, LLC

Aircraft Guaranty Corp., Trustee for Continent Aircraft Statutory Trust No. 2564

Ancheta, S.A. DE C.V.

Roberto Miguel Gonzalez Barragan

Debbie Mercer aka Debbie Lynn Erwin

A CERTIFIED COPY
Page ____ of ____
ROBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

hereinafter referred to as Respondents, as possessors and/or owners of said Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM.

## IV.

Plaintiff alleges that said property is contraband as defined by Article 59.01 of the Code of Criminal Procedure, and is subject to forfeiture by virtue of:

a) Being used in the commission of any first degree felony under the Penal Code, including, but not limited to:

    i. Chapter 32.46 of the Texas Penal Code (Securing the Execution of a Document by Deception);

    ii. Chapter 34.02 of the Texas Penal Code (Money Laundering); and

    iii. Chapter 71.02 of the Texas Penal Code (Engaging in Organized Criminal Activity)

b) Being used or intended to be used in the commission of a felony under Chapter 34 of the Texas Penal Code (Money Laundering)

c) Being used or intended to be used in the commission of a felony under Chapter 71 of the Texas Penal Code (Engaging in Organized Criminal Activity)

d) Being the proceeds gained from the commission a felony under the Penal Code, including, but not limited to:

    i. Chapter 32.46 of the Texas Penal Code (Securing the Execution of a Document by Deception);

    ii. Chapter 34.02 of the Texas Penal Code (Money Laundering); and

    iii. Chapter 71.02 of the Texas Penal Code (Engaging in Organized Criminal Activity)

e) Being acquired with proceeds gained from the commission a felony under the Penal Code, including, but not limited to:

    i. Chapter 32.46 of the Texas Penal Code (Securing the Execution of a Document by Deception);

    ii. Chapter 34.02 of the Texas Penal Code (Money Laundering);

    iii. Chapter 71.02 of the Texas Penal Code (Engaging in Organized Criminal Activity).

A CERTIFIED COPY
Page _____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

## V.

Plaintiff, in the alternative, seeks the forfeiture of "substitute property" as set forth under Chapter 59.021 of the Code of Criminal Procedure, and alleges the substitute property is subject to forfeiture by virtue of the fact that the contraband:

a) Has been transferred, conveyed, sold to, or deposited with a person other than the owner or interest holder;

b) Is not within the jurisdiction of the court;

c) Has been commingled with other property and cannot be readily distinguished or separated; or

d) Is proceeds described by Article 59.01(2)(C) of the Code of Criminal Procedure and was used to acquire other property that is not within the jurisdiction of the court.

## VI.

Plaintiff, in the alternative, seeks a suit for proceeds and a judgment in the amount of proceeds that are contraband under Chapter 59.023 of the Code of Criminal Procedure, and alleges that said proceeds were gained from the commission of an offense listed in Article 59.01(2)(A) or (B) of the Code of Criminal Procedure.

## VII.

The Plaintiff files this Notice of Seizure and Intended Forfeiture in a district court of Polk County, Texas which is the county in which venue exists for prosecution of an underlying offense for which the property is subject to forfeiture.

## VIII.

A copy of this notice will be served upon the Respondents, whose last known address is to be determined, in accordance with the Texas Rules of Civil Procedure.

## IX.

Plaintiff attaches the sworn affidavit of the seizing officer as Exhibit A in accordance with Article 59 of the Code of Criminal Procedure.

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

WHEREFORE, PREMISES CONSIDERED, the State of Texas prays that upon hearing, this Court enter a finding that the said Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM is contraband, and upon such finding to order the forfeiture of said property to the State of Texas with the District Attorney's Office acting as agent for the State, and then to be administered and disposed of by said office in compliance with Article 59.06 of the Code of Criminal Procedure or in the alternative, order the forfeiture of "substitute property" as set forth under Chapter 59.021 of the Code of Criminal Procedure or award the Plaintiff a judgment in the amount of the proceeds that are contraband under Chapter 59.023 of the Code of Criminal Procedure.

Respectfully submitted,

**Tommy L. Coleman**
State Bar No. 24034383
Assistant Criminal District Attorney
Polk Co. District Attorney's Office
101 West Mill Street, Suite 247
Livingston, Texas 77351
Tel: (936) 327-6868
Fax: (936) 327-6875

A CERTIFIED COPY
Page ___ of ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

EXHIBIT _A_

State of Texas                )
                              )
County of _HARRIS_            )

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Beau Price, who after being duly sworn stated:

"1.     My name is Beau Price and I am currently employed as a Captain with the Polk County Constable Precinct 1 and Commander of South East Texas Export Investigation Group (SETEIG). SETEIG is a State Task Force group consisting of multiple counties and federal partners such as; Polk County Texas, Harris County Texas, Galveston County Texas, Department of Commerce Bureau of Industry Security Office of Export Enforcement; Immigration and Customs Enforcement, Homeland Security Investigations (HSI).

2.     Affiant is a Master Peace Officer with over 22 years of experience. Affiant has assisted and directed hundreds of felony investigations, search warrants, seizures, and operations. Affiant has and is currently investigating multiple money laundering and counter-proliferation investigations, which involve investigating cases of sensitive technology being smuggled from the United States or turned over to foreign nationals without proper authorization from the appropriate government agencies. Affiant also investigates financial crimes, aviation smuggling, and other state and federal felonies occurring within the State of Texas.

3.     Affiant has participated in and conducted investigations of violations of various state and federal criminal laws, including aviation smuggling cases and false statements to register an aircraft. Affiant has become familiar with the regulations for the lawful use of aircraft including, federal and Texas laws and regulations pertaining to their operation, registration, and record keeping. Affiant works directly with federal agents who have spent hundreds of hours engaged in observation, surveillance, inspection, and investigation of possible illicit activity involving aircraft. Affiant has consulted with special agents and other personnel assigned to the Federal Aviation Administration (FAA) about the rules and regulations related to the lawful operation and maintenance of aircraft, as well as common schemes used to circumvent these laws. Affiant

Price Affidavit Revised 4-5-20, page 1

A CERTIFIED COPY
Page ____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

has also consulted with federal agents who have interviewed various airport personnel, including airport managers, mechanics, ground crew, radar operators, air traffic controllers, pilots, and airport-based United States Customs and Border Protection (CBP) agents.

4.     This affidavit is based upon Affiant's personal involvement in the investigation, including the review of documents and other evidence and conversations with law enforcement officers and others. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of a civil forfeiture seizure warrant, it does not include all the facts that Affiant has learned during the course of this investigation.

5.     This Affidavit is submitted in support of an application for the issuance of a civil forfeiture seizure warrant for one Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM (hereinafter "Cessna"); and all maintenance/inspection logs, flight operation logs, FAA Issued Certificate of Registration, and other records required to be maintained for General Aviation Aircraft, commonly known as the "Log Book" for the Cessna, which is currently located at Brownsville South Padre Island International Airport, in Brownsville, Texas.

6.     Based on Affiant's training and experience and the facts as set forth in this affidavit, there is probable cause to believe that the individuals involved in the scheme set forth in this affidavit violated, among other things, Chapter 34 of the Texas Penal Code (Money Laundering), Title 49 of the United States Code § 46306(b)(4) (Aircraft Registration Violations), Title 18 of the United States Code § 554 (Fraudulent Export), Title 13 of the United States Code § 305 (Unlawful Export Activities), Title 50 of the United States Code § 4819 (Export Administration Regulations), Title 18 of the United States Code § 1001(Fraud), Title 26 of the United States Code § 7201 (Attempt to Evade Tax) and Title 18 of the United States Code § 1957 (Racketeering).

7.     Affiant found that Aircraft Guaranty Corporation (AGC) was an entity located at 2058 FM 356 North, in Onalaska, Texas and that maintained multiple post office boxes in Onalaska, Texas. Onalaska, Texas is wholly contained in Polk County Texas. Affiant found that this

Price Affidavit Revised 4-5-20, page 2

A CERTIFIED COPY
Page ___ of ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

company was owned by Debbie Mercer. Affiant along with Department of Commerce Bureau of Industry and Security Special Agent Payton began an investigation into AGC. Affiant found a Dallas Business Journal article where Mercer was quoted as saying "Aircraft Guaranty offers Owner Trustee services that allow entities who do not meet FAA citizenship requirements to register aircraft in the United States."

8.      After reviewing this article, AGC's websites, social network profiles, and U.S. Government export data bases, Affiant along with Participating Agent (PA) Payton contacted Mercer and in response she contacted legal counsel. PA Payton subpoenaed Mercer/ AGC for all aircraft registered to AGC and received a spreadsheet with 2934 aircraft under an AGC trust. Only 54 aircraft are listed under the jurisdiction of the United States.

9.      Affiant found that according to the Homeland Security Investigations (HSI), many of these accounts represent aircraft that do not exist, "Ghost Planes". Several aircraft under AGC trusts are linked to multiple federal investigations for drug smuggling operations and several aircraft have crashed oversees. In 2013, an audit by the Office of Inspector General for the Department of Transportation (DOT) estimated that about 5,600 planes lacked key information about true ownership. AGC was one of five trustees audited in this report.

10.     Affiant found that one aircraft Mercer registered was identified as the Cessna which is the subject of this investigation. Further investigation revealed that the purported owner of record for the Cessna is Guillermo Javier Gonzales Barragan. Affiant found that Barragan is a foreign national and citizen of Mexico who is otherwise prohibited from owning a U.S. registered aircraft.

11.     Affiant found a person may operate an aircraft in the United States only when the aircraft is registered, according to Title 49 of the United States Code § 44101. To register and obtain a certificate of registration for an aircraft, the owner of an aircraft must apply for and meet the requirements of Title 49 of the United States Code § 44102.

Price Affidavit Revised 4-5-20, page 3

A CERTIFIED COPY
Page _____ of ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

12.     Affiant reviewed documents maintained by the FAA related to a purported sale of the Cessna. The documents indicate that AGC purchased the Cessna on or about May 16, 2016. Additionally, the documents indicate that Roberto Miguel Gonzales Barragan is the "President" of Continent Aircraft Statutory Trust No. 2564 and that AGC is "Trustee" for the Cessna. During the course of this investigation, Affiant did not find documentation that indicates AGC filed the legally required export documentation. AGC is listed as the most recent owner of the Cessna in multiple documents filed with the FAA, including but not limited to a 2017 "Major Repair" form, a 2020 change of address letter and a 2016 Aircraft Registration Renewal Application.

13.     Furthermore, Affiant reviewed certain documents maintained by AGC and found that a Texas Aircraft Exemption Certificate Out-of-State Registration and Use form 01-907 completed by AGC, POB 2549 Onalaska, Texas 77360 reflected the purported purchaser of the Cessna is AGC (Trust 2564) and that the purported seller is Ancheta, S.A. De C.V , Av. San Jeronimo No. 880 Co. San Jeronimo, C.P. 64640 Monterrey, Nuevo Leon, Mexico. This document is signed by Barragan and dated April 25, 2016. The documents reflect a purported purchase price for the Cessna of $1,000,000.00. Affiant found this document declares that the Cessna will be registered in Onalaska, Texas, and that it would not be utilized in Texas. Affiant found the document to declare that the location of the Cessna would be Monterrey, Nuevo Leon, Mexico.

14.     Affiant reviewed a document entitled *United States of America U.S. Department of Transportation FAA Aircraft Bill of Sale* from 2016 reflecting AGC as the purported "purchaser" of the Cessna and Ancheta, S.A. De C.V, as the purported "seller". The documents were signed by Barragan.

15.     Affiant reviewed a document entitled *AGC Addendum to Lease/Operating Agreement* related to the Cessna dated May 16, 2016 and found that the documents reflected a "Hangar Location" and contact data of:  Aeropuerto Internacional Del Norte, Carretera a Nuevo Laredo Km 24.5, Apodaca, Nuevo Leon, Mexico 66616 "MMAN" Hangar 6W. This further indicates that the Cessna was exported unlawfully.

Price Affidavit Revised 4-5-20, page 4

A CERTIFIED COPY
Page _____ of _____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

16.    Affiant found that on January 2, 2020, Department of Commerce Bureau of Industry and Security Special Agent Mack, identified the, Cessna, which is the subject of this investigation in Brownsville, Texas preparing to depart to Monterrey, Mexico.

17.    SA Mack reviewed export data maintained by the U.S. Government and was unable to find Electronic Export Information (EEI) filed for this Cessna by any party. After which, the SA Mack issued a detention letter for the Cessna.

18.    A January 2020 determination by the Office of Chief Counsel for the Department of Commerce-Bureau of Industry and Security, indicated that aircraft, operated outside of the United States for more than one year, with no export declaration on file, constitutes a violation of federal law. Affiant's investigation indicates that the Cessna in this case has been operated outside of the United States for more than three years.

19.    A review of government records indicates that in the year 2018, the Cessna made 28 flights to the United States and remained in the U.S. for a total of 39 days. According to the records, in the year 2019, the Cessna made 37 flights to the United States and remained in the U.S. for 53 days. Records showed that some of these days included maintenance on the Cessna. A check of FAA records did not reveal any deregistration requests or documentation related to the export of the Cessna to Mexico.

20.    As part of Affiant's investigation, Affiant reviewed documents that appear to represent a purported sale of the Cessna in 2016 from AGC to an entity known as Bex Holdings for $1,000,000.00. This transaction, if legitimate, would have been subject to a State of Texas sales tax. Additional documents reviewed by Affiant reflected a purported sale of the Cessna in 2016 by Bex Holdings to Ancheta Trust/Barragan, in Mexico for $1,000,000.00. This transaction, if legitimate, would have been subject to a Mexico sales tax. More documents reviewed by Affiant indicated a purported sale of the Cessna in 2016 by Ancheta Trust to AGC for $1,000,000.00. This transaction, if legitimate would have been subject to a Mexico sales tax. It should be noted that the Texas Comptroller's Office has the ability to assess a 10% late penalty and a 50% fraud penalty per transaction. Based on the forgoing, Affiant estimates the total amount of sales tax

Price Affidavit Revised 4-5-20, page 5

A CERTIFIED COPY
Page ____7____ of __1__
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

due in Mexico to be more than $320,000.00. Likewise, Affiant estimates the total amount of sales tax due in Texas would be more than $125,000.00. Affiant estimates that the Texas Comptroller's Office could assess a total late penalty of $12,500.00 and a total Fraud Penalty would be $75,000.00. The total, potential fine amount associated with the applicable criminal law violations that the subjects of this investigation face is $2,370,000.

21.     Agents with the United States Department of Commerce-Bureau of Industry Security (BIS) queried certain databases that maintain records related to export filings and found no records related to the Cessna. Export regulations ordinarily require an Electronic Export Information declaration (EEI) for items valued over $2,500.00 which are ultimately exported from the United States and/or a licensing determination for any items that may be deemed sensitive exports. These sensitive exports include items that are single and dual use items with military applications and are commonly found in aviation components. Affiant found that the Automated Export System (AES) showed no export documentation for the Cessna.

22.     Aircraft Guaranty Financial Corporation has numerous links to a situs in Onalaska, Texas which is wholly contained in Polk County Texas and said links include the maintenance of two post office box (PO Box 2547 and 2549, Onalaska, TX 77360) and conducting business operations at the physical location of 2058 N FM 356, Onalaska, Texas 77360.

23.     Based on the totality of the circumstances as indicated above and my training and experience, I formed the opinion that the individuals involved in this scheme violated numerous state and federal laws, including but not limited to, the statutory provisions listed in paragraphs 6 and 11 above. Additionally, Affiant believes the Cessna 560 Citation Jet bearing serial number 560-0068 and assigned and displaying registration/tail number N569LM is/was being operated without a valid Certificate of Registration in violation of federal law. Furthermore, the Cessna was effectively exported from the United States in violation of federal law. The individuals involved in this scheme, acquired or maintained an interest in the Cessna, concealed, possessed, transferred or transported the proceeds of said criminal activity in violation of Chapter 34.02 of the Texas Penal Code. The individuals involved in this scheme conducted, supervised or facilitated a transaction involving the proceeds of said criminal activity in violation of Chapter

A CERTIFIED COPY
Page _____ of ____
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy

34.02 of the Texas Penal Code. The individuals involved in this scheme invested, expended or received or offered to invest, expend or receive the proceeds of criminal activity. The individuals involved in this scheme financed, invested or intended to finance and/or invest funds that they believed or intended to further the commission of the aforementioned violations of federal law and in so doing also violated Chapter 34.02 of the Texas Penal Code."

Beau Price

**SWORN TO AND SUBSCRIBED** before me on this _14_ day of _April_ 2020.

Notary Public in and for
The State of Texas

My Commission Expires _March 3, 2024_

MARIA J. CASTILLO
Notary Public, State of Texas
Comm. Expires 01-03-2024
Notary ID 1182102-5

...te of Texas    §
.ounty of Polk    §
 BOBBYE J. RICHARDS, do hereby certify this to be a true
 .nd correct copy as the same appears on file and/or of record in
 he District Clerks Office, the legal depository for such records.
 SIGNED AND SEALED THIS DATE _Aug 12_ 20 _20_.

;OBBYE J. RICHARDS, DISTRICT CLERK OF POLK COUNTY, TEXAS

ry _Kuelsh_ _____ Deputy Clerk

Price Affidavit Revised 4-5-20, page 7



A CERTIFIED COPY
Page ___ of ___
BOBBYE J. RICHARDS
Polk County, Texas
By _____ Deputy