# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| THE STATE OF TEXAS § | |
| § | |
| § | |
| vs. § | CIVIL ACTION NO.: _____ |
| § | |
| CESSNA 560 CITATION JET BEARING § | |
| SERIAL NUMBER 560-0068 AND § | |
| ASSIGNED AND DISPLAYING § | |
| REGISTRATION/TAIL NUMBER § | |
| N569LM § | |

**REQUIRED INFORMATION FOR REMOVAL PURSUANT TO LOCAL RULE CV-81**

Pursuant to Local Rule CV-81(c) of the United States District Court for the Eastern District of Texas, Defendant provides the required information, as set forth below:

**Parties to Case and Party Type:**   Plaintiff:   State of Texas

Defendant:   Cessna 560 Citation Jet bearing Serial Number 560-0068 and Assigned and Displaying Registration/Tail number N569LM

Respondents:   Aircraft Guaranty Corporation

Aircraft Guaranty Trust, LLC

Aircraft Guaranty Holdings & Trust, LLC

Aircraft Guaranty Management & Trust, LLC

Aircraft Guaranty Corp., Trustee for Continent Aircraft Statutory Trust No. 2564

Ancheta S.A. de C.V.

Roberto Miguel Gonzalez Barragan

Debbie Mercer a/k/a Debbie Lynn Erwin

1

|  |  |
|---|---|
|  | a/k/a Debbie Mercer-Erwin |
| **Status of State Court Case:** | Currently pending in the 411th Judicial District Court of Polk County, Texas. |

**Attorneys Involved in Removed Action:**

*Attorney for Plaintiff*    Tommy L. Coleman
State Bar No. 24034383
POLK CO. DISTRICT ATTORNEY'S OFFICE
101 West Mill Street, Suite 247
Livingston, TX 77351
(936) 327-6868

*Attorneys for Defendant*    Gary L. Evans
State Bar No. 00795338
COATS & EVANS, P.C.
P.O. Box 130246
The Woodlands, TX 77393
(281) 367-7732

**Jury Trial Request:**    No party has requested a jury trial.

**State Court Information**:    411th Judicial District Court of Polk County, Texas
101 West Mill Street, Suite 279
Livingston, TX 77351

2